# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-01-00465-CV

**Canyon Lake Area, Comal County, Volunteer Fire Department, Inc., Appellant**

**v.**

**Patrick L. Lacombe, Appellee**

### FROM THE COUNTY COURT AT LAW OF COMAL COUNTY
### NO. 95CV-307, HONORABLE BRENDA CHAPMAN, JUDGE PRESIDING

On December 4, 2001, appellant filed an agreed motion to dismiss this cause. The appellant has informed this Court that the parties have settled their dispute. The parties have agreed to dismiss the suit, with prejudice. We will grant appellant's motion; the appeal is dismissed with prejudice.

_____

Bea Ann Smith, Justice

Before Chief Justice Aboussie, Justices B. A. Smith and Puryear

Dismissed on Appellant's Motion

Filed:   December 20, 2001

Do Not Publish